PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MERLE GRIFF, *et al.*, | ) | |
| | ) | CASE NO. 5:24CV0687 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| INNOVATIVE MEDTECH, INC., *et al.*, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendants. | ) | **AND ORDER** |

On April 17, 2024, Plaintiffs Merle Griff, Adam Griff, and Brian Froelich filed the above-entitled action against Defendants Innovative MedTech, Inc. and Veterans Services, LLC d/b/a Veterans USA LLC based on diversity jurisdiction. Defendant Veterans Services, LLC ("Veterans Services") is alleged to be a limited liability company. *See* Complaint (ECF No. 1) at PageID #: 2, ¶ 5.

Veterans Services filed a Jurisdictional Statement (ECF No. 11) identifying the citizenship of all of its members in response to a Show Cause Order (ECF No. 9). For the reasons set forth below, the case at bar is dismissed.

Under 28 U.S.C. § 1332(a), a court has subject matter jurisdiction over a case raising state law claims only if there is complete diversity of citizenship and the amount in controversy exceeds $75,000. The complete diversity rule requires that every plaintiff be of diverse citizenship from every defendant. *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806).

(5:24CV0687)

"The current members of [Veterans] Services are EF Trust LLC and Edward Dovner. EF Trust LLC is a Delaware limited liability company and its sole member is a California resident. Edward Dovner is a resident of Florida." ECF No. 11.

"Plaintiff Merle Griff is a citizen of the State of Florida." ECF No. 1 at PageID #: 1, ¶ 1.

Without regard to whether Plaintiffs may have stated otherwise valid claims for relief, it is clear from the Jurisdictional Statement (ECF No. 11) that there is not complete diversity of citizenship of the parties. The inclusion of Edward Dovner as a member of Veterans Services is a violation of the complete diversity rule since Mr. Dovner is a co-citizen of Dr. Griff. The Court therefore lacks subject matter jurisdiction over this matter. *See Caudill v. North America Media Corp.*, 200 F.3d 914, 916 (6th Cir. 2000).

Because complete diversity is lacking, the within matter will be dismissed without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
|    June 21, 2024    |    */s/ Benita Y. Pearson*    |
| Date | Benita Y. Pearson<br>United States District Judge |